UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREEDOM SCIENTIFIC,
INC., a Delaware corporation,

Plaintiff,

v. CASE NO. 8:14-CV-1229 -CEH-AEP

ENHANCED VISION SYSTEMS,
INC., a California corporation,

Defendant.
_______________________________/

**AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM**

Defendant, Enhanced Vision Systems, Inc. ("Enhanced Vision", "Defendant" or "Counter-Plaintiff"), by and through undersigned counsel, hereby files this Answer to the Complaint by Freedom Scientific, Inc. ("Freedom Scientific", "Plaintiff" or "Counter-Defendant"), Affirmative Defenses and Counterclaims as follows:

**The Parties**

1. Without knowledge.

2. Admitted.

3. Admitted.

4. Admitted that jurisdiction and venue are proper.

**Count I**

5. Without knowledge.

6. Without knowledge.

7. Denied.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Denied to the extent Plaintiff claims this case is "exceptional" in its favor.

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

United States Patent Number 8,264,598 (the "'598 Patent") is invalid for failure to satisfy one or more of the conditions of patentability specified in Title 35 U.S.C., including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112 and 282.

**COUNTERCLAIM**

Enhanced Vision, for its counterclaim against Freedom Scientific, alleges as follows:

**The Parties**

1. Defendant/Counter-Plaintiff Enhanced Vision is a California company with its principal place of business at 5882 Machine Drive, Huntington Beach, CA 92649.

2. Upon information and belief, Plaintiff/Counter-Defendant Freedom Scientific is a Delaware corporation with its principal place of business at 11800 31st Court N., St. Petersburg, FL 33716.

**Jurisdiction and Venue**

3. Jurisdiction over these counterclaims arises under the patent laws of the United States, 35 U.S.C. §§101 *et seq.* and the Federal Declaratory Judgment Act, 28 U.S.C. §§2201 *et seq.* The Court further has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338, 2201 and 2202.

4. The Court has subject matter jurisdiction over Freedom Scientific and venue is proper in this district by way of the fact that these are counterclaims brought in response to an

action filed in this district by Freedom Scientific. Venue is also proper pursuant to 28 U.S.C. §1391 and/or §1400 in that Freedom Scientific has its principal place of business in this district.

**Count I – Declaratory Judgment of Non-Infringement of the '598 Patent**

5. In its complaint, Freedom Scientific alleges patent infringement against Enhanced Vision relating to the claims of the '598 Patent.

6. As a result of the allegations made by Freedom Scientific against Enhanced Vision in the Complaint, Counter-Plaintiff has a reasonable apprehension that Freedom Scientific will continue to claim that Enhanced Vision has infringed the '598 Patent.

7. Enhanced Vision has not infringed the '598 Patent.

8. Enhanced Vision seeks a declaratory judgment that its Pebble HD does not infringe the '598 Patent and that Enhanced Vision has not infringed the '598 Patent.

**Prayer for Relief**

Wherefore, Enhanced Vision requests judgment in its favor against Freedom Scientific for at least the following:

a. That Freedom Scientific is entitled to no relief under its Complaint;

b. That the Court declare that Enhanced Vision has not and does not infringe the '598 Patent;

c. That the Court award Enhanced Vision all applicable fees and costs, including but not limited to reasonable attorney's fees; and

d. That the Court grant Enhanced Vision any other relief to which Enhanced Vision is entitled.

**Demand for Jury Trial**

Enhanced Vision hereby demands trial by jury.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of October, 2014, a true and correct copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF System, who will send an electronic notification of filing to: Michael J. Colitz, III and Kristin L. Shusko, GrayRobinson PA, Suite 2200, 201 North Franklin Street, Tampa, Florida 33602 and Kevin P. Crosby, GrayRobinson PA, 401 E Las Olas Blvd Ste 1000, Ft Lauderdale, FL 33301.

/s/ *Joseph J. Weissman*
Frank R. Jakes, FBN 372226
E-Mail: frankj@jpfirm.com
Joseph J. Weissman, FBN 0041424
TRIAL COUNSEL
E-Mail: josephw@jpfirm.com
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
403 E. Madison Street, 4th Floor
Tampa, FL 33602
Phone (813) 225-2500
Fax (813) 223-7118

#2059482