UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREEDOM SCIENTIFIC, INC.,

    Plaintiff,

v.                                                                Case No: 8:14-cv-1229-T-36AEP

ENHANCED VISION SYSTEMS, INC.,

    Defendant.
_____/

## **ORDER**

THIS MATTER comes before the Court upon the Plaintiff's Motion to Strike Defendant's Affirmative Defense (Doc. 17).  In the motion, Plaintiff states that Defendant has failed to adequately support its asserted affirmative defense. The Court having considered the motion and being fully advised in the premises will deny Plaintiff's Motion to Strike Defendant's Affirmative Defense.

Plaintiff seeks to strike the sole affirmative defense put forth by Defendant in this action: "United States Patent Number 8,264,598 (the "'598 Patent") is invalid for failure to satisfy one or more of the conditions of patentability specified in Title 35 U.S.C., including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112 and 282." Plaintiff's argument for striking this defense is that the Defendant did not plead sufficient underlying facts to support the defense.

Under Fed. R. Civ. P. 12(f), "the Court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Furthermore, "the Court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). "In order for this Court to grant Plaintiff's Motion to Strike, Plaintiff must show that the allegations sought to be

stricken likely have no possible relation to the controversy at hand, and that mention of such allegations will likely prejudice the [Plaintiff]." *Fifth Third Bank v. Alaedin & Majdi Invs., Inc.,* Case No. 8:11-CV-2206-T-17TBM, 2012 WL 1137104, 3 (M.D. Fla. April 4, 2012) (citing *Underwriters at Lloyd's, London v. Osting-Schwinn ex rel. C.O.,* CASE NO.: 8:05-CV-1460-T-17TGW, 2006 WL 1582146, 2 (M.D. Fla. June 5, 2006)). *See also Reyher v. Trans World Airlines, Inc.,* 881 F. Supp. 574, 576 (M.D. Fla. 1995). Here, Plaintiff has failed to satisfy this standard and the affirmative defense will not be stricken. Accordingly, it is

**ORDERED** that Plaintiff's Motion to Strike Defendant's Affirmative Defense (Doc. 17) is DENIED.

**DONE AND ORDERED** in Tampa, Florida on December 16, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any