**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

FREEDOM SCIENTIFIC, INC.,
a Delaware Corporation, /
/ Case No. 8:14-CV-01229-CEH-AEP
/
Plaintiff, /
/
v. /
/
ENHANCED VISION SYSTEMS, /
INC., a California Corporation, /
/
Defendant. /
______________________________________ /

**COMPLAINT**
**AND DEMAND FOR JURY TRIAL (Amended Through Interlineation)**

Plaintiff, FREEDOM SCIENTIFIC, INC., by and through its undersigned attorneys, alleges, upon information and belief, as follows:

**THE PARTIES**

1. Plaintiff, FREEDOM SCIENTIFIC, INC., is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of Florida, and having an office at 11800 31st Court N., St. Petersburg, FL 33716.

2. Defendant, ENHANCED VISION SYSTEMS, INC., is a corporation incorporated under the laws of the State of California, having its principal place of business in the State of California and having an office at 5882 Machine Drive, Huntington Beach, CA 92649.

3. This action has arisen under the patent laws of the United States, Title 35 U.S.C. § 271 *et seq.*

4. Jurisdiction of this action arises under 28 U.S.C. § 1338(a). Venue is predicated under 28 U.S.C. § 1391(c).

**COUNT I**

5. On September 11, 2012, United States Patent Number 8,264,598 (hereinafter '598 Patent) entitled "Multiposition Handheld Electronic Magnifier" was duly and regularly issued to Plaintiff, as assignee of the inventors, a copy of the aforesaid patent being attached hereto as Exhibit "A." The '598 Patent is a continuation of application Serial Number 12/235,182, filed on September 22, 2008.

6. Plaintiff is now and has been at all times since the date of issuance of '598 Patent the owner thereof.

7. Upon information and belief, Defendant has infringed ~~one or more~~ claims 2-7 of the '598 Patent by, *inter alia*, having made, used, sold, or offered for sale a line of products known as the Pebble HD.

8. Defendant offers the Pebble HD products for sale in this judicial district.

9. The referenced infringement is willful and deliberate. The infringement has deprived Plaintiff of sales which it otherwise would have made and has in other respects injured Plaintiff and will cause Plaintiff added injury and loss of profits unless enjoined by this Court.

10. Plaintiff has been damaged by the acts of infringement complained of herein.

11. Plaintiff has no adequate remedy without the intervention of this Court.

12. This case is "exceptional" within the meaning of 35 U.S.C § 285.

WHEREFORE, Plaintiff prays that:

A. An injunction be granted preliminarily and permanently restraining Defendant and all those in privity with it from further infringement of claims 2-7 of the '598 Patent.

B. Defendant be required to account to Plaintiff for the damages recoverable by Plaintiff under 35 U.S.C. § 284 as a result of the wrongful making, using, and selling of Plaintiff's invention as claimed in claims 2-7 of Plaintiff's ‘598 Patent, the exact extent of which cannot now be determined by Plaintiff, and that all of such damages be trebled.

C. Plaintiff be awarded reasonable attorney fees;

D. Plaintiff be allowed its costs; and

E. Such other and further relief be granted to which Plaintiff may be justly entitled.

**JURY DEMAND**

Plaintiff demands a trial by jury.

Respectfully submitted,

/s/Kevin P. Crosby
Kevin P. Crosby
Florida Bar No. 654360
GrayRobinson, P.A.
401 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 761-8111
Facsimile: (954) 761-8112
kevin.crosby@gray-robinson.com
Counsel for Plaintiff

Kristin L. Shusko
Florida Bar No. 085400
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: (813) 273-5000
Fax: (813) 273-5145
Primary Email: kristin.shusko@gray-robinson.com
Secondary Email: jessica.gonzalez@gray-robinson.com

CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2014 a true and accurate copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Kevin P. Crosby
Kevin P. Crosby