**EXHIBIT "A"**

FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FREEDOM SCIENTIFIC, INC.,
a Delaware Corporation,

Case No. 8:14-CV-01229-CEH-AEP

    Plaintiff,

v.

ENHANCED VISION SYSTEMS,
INC., a California Corporation,

    Defendant.
_____/

## DECLARATION OF MICHAEL J. COLITZ, III

1. My name is Michael J. Colitz, III. I am over the age of eighteen (18) and am competent to testify as to the matters herein.

2. I am a Registered Patent Attorney and am Board Certified in Intellectual Property Law. I became a Registered Patent Agent on April 19, 1993 and a Registered Patent Attorney on June 23, 1999. My practice is exclusively limited to patent prosecution and intellectual property litigation.

3. In May of 2014 I was asked by Freedom Scientific, Inc. to conduct an infringement study of U.S. Pat. 8,264,598 relative to the "Pebble HD" sold by Enhanced Vision Systems, Inc.

4. My study involved examining several photographs of the Pebble HD product which showed all of the structural features of the Defendant's device that are relevant to the '598 Patent, as well as descriptions of its operation taken from the website of Enhanced Vision Systems, Inc. I further reviewed the file history of the '598 Patent at that time, and I believe I also visually inspected a Pebble HD product at that time.

5. As a result of my study, I prepared the attached claim chart comparing Claim 2 of the '598 Patent to the "Pebble HD" product. This claim chart was submitted to the client along with my infringement opinion prior to the present suit being filed.

6. Among other things, I determined that the claimed light guide is formed by the two arcuate portions within the handle of the Pebble HD product. Ultimately, my opinion was that the Pebble HD infringed the '598 Patent infringed.

7. I believe my study represents a reasonable pre-filing investigation into this matter and provided a good faith basis for filing the present lawsuit.

8. Attached hereto is a true copy of the Complaint filed in Freedom Scientific, Inc. v. Enhanced Vision Systems, Inc., Case No. 8:09-cv-02405-JDW-TGW.

I declare under penalty of perjury that the foregoing declaration, consisting of eight (8) numbered paragraphs, is, to the best of my knowledge and belief, true and correct.

Michael J. Colitz, III, Esq.

Date: 9/23/15

# 6118128 v1