**ATTACHMENT 1**

**PEBBLE HD INFRINGEMENT ANALYSIS**
*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

| Claim 2 of U.S. Pat. 8,264,598 Freedom Scientific, Inc. | Pebble HD by Enhanced Vision Systems, Inc. | Infringement Analysis |
|---|---|---|
| 2. A handheld magnifier to assist blind or low vision users in viewing objects, the magnifier comprising: |  | The Pebble HD is a handheld magnifier for use by blind/low vision users. |
| a housing having a front face, a back face, and a peripheral edge therebetween, a camera positioned within the housing, a camera aperture formed within the back face and in alignment with the camera, a light source positioned adjacent the camera aperture, a screen positioned within the front face, the screen selectively displaying objects viewed by the camera; |  | The Pebble HD includes a housing with a camera, camera aperture, and a light source positioned adjacent the camera aperture. A screen is positioned on the front face of the device. |

**PEBBLE HD INFRINGEMENT ANALYSIS**
*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

| Claim 2 of U.S. Pat. 8,264,598 Freedom Scientific, Inc. | Pebble HD by Enhanced Vision Systems, Inc. | Infringement Analysis |
|---|---|---|
| a handle pivotally connected to the housing, the handle having a front face, a back face, and a peripheral edge therebetween, an opening and a light guide formed in the handle; | [Image: Pebble HD device with labels "Back Face of Housing" and "Light Guide"] | The Pebble HD includes a pivotal handle connected to the housing. The handle has both a front and a back face. The handle further includes an opening and a light guide.<br><br>The back face of the housing is formed by two edges. The light guide is formed by the two arcuate portions within the handle. |
| a light chamber formed within the handle; | [Image: Pebble HD device with label "Light Chamber"] | A light chamber is formed by folding the handle into facing relationship with the housing. |

**PEBBLE HD INFRINGEMENT ANALYSIS**
*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

| Claim 2 of U.S. Pat. 8,264,598 Freedom Scientific, Inc. | Pebble HD by Enhanced Vision Systems, Inc. | Infringement Analysis |
|---|---|---|
| the magnifier having a first orientation wherein the housing and handle are in alignment, such that the handle can be held by the user to position the camera at a distance from the object being viewed, the magnifier having a second orientation wherein the handle and housing are angularly related, such that the handle can be positioned upon a surface and objects can be placed in front of the camera, the magnifier having a third orientation wherein the back faces of the housing and handle are brought together, such that the handle can be positioned over top of the object being viewed; | First Orientation<br><br>Second Orientation<br><br>Third Orientation | The Pebble HD includes the claimed first, second and third orientations as illustrated. |

**PEBBLE HD INFRINGEMENT ANALYSIS**
*PRIVILEGED AND CONFIDENTIAL*
*ATTORNEY WORK PRODUCT*

| Claim 2 of U.S. Pat. 8,264,598 Freedom Scientific, Inc. | Pebble HD by Enhanced Vision Systems, Inc. | Infringement Analysis |
|---|---|---|
| whereby the third orientation permits the camera to view objects through the camera aperture and handle opening, and whereby light from the light source is direct into the light guide and into the light chamber to thereby illuminate the object being viewed. | *[Image: Pebble HD device shown in "Third Orientation" displaying screen text "Available with black & white or color buttons"]* | In the third orientation, the camera views objects through the aperture in the handle. Also, light is directed into the light guide and light chamber. |